IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICTOR DWAYNE HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv494 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| DOUGLAS COUNTY CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Filing No. 32, a letter from the plaintiff, Victor Dwayne Henderson, a prisoner. Filing No. 32 has been docketed as a Motion to Reopen this case. However, this action was dismissed, without prejudice, as abandoned and for lack of prosecution. Once a case has been dismissed, and the thirty-day time limit for appeal has expired, the case cannot be reopened in the absence of any error by the court. Here no error is apparent. Filing No. 32, the plaintiff's Motion to Reopen this case, is denied.

SO ORDERED.

DATED this 6th day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge